UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 28, 2002

MAY 28 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MEMORANDUM TO COUNSEL RE:   Jurgensen v. Oxford Yacht Agency, Inc.
Civ. No. AMD 02-576

I have in hand Mr. White's letter dated May 20, 2002, and I thank him for the same.

As I think I have made clear throughout the proceedings in the related case, AMD 01-340, the October 21, 2002, trial window is a firm calendaring of that case. Thus, I do not intend to consolidate that case with this case. Indeed, summary judgment motions have been filed and I expect they will be ripe for determination by early July.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file
    All counsel in Case No. AMD 01-340