IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KAREN M. JURGENSEN, et al.,
    Plaintiffs

v.                                                    CIVIL NO. AMD 02-576

OXFORD YACHT AGENCY, INC.,
    Defendant

...oOo...

ORDER

Now pending is the "Joint Motion for Order Staying Action" filed by the parties. Good cause exists to grant a stay as the parties request, as a parallel action currently pending, No. AMD 01-340, may well render further proceedings in this case unnecessary. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 24th day of July, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)    That this action is STAYED pending further Order of this Court for good cause shown; and it is further ORDERED

(2)    That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE and TRANSMIT copies of this Order to counsel for the parties.

_____
ANDRE M. DAVIS
United States District Judge