IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KAREN M. JURGENSEN, et al.,<br>　　Plaintiffs | : <br> : <br> : |
| v. | :    Civil No. AMD 02-576 |
| OXFORD YACHT AGENCY, INC.,<br>　　Defendant | : <br> : |

...oOo...

ORDER

For good and sufficient reasons, this case is hereby REOPENED AND RESTORED TO THE DOCKET this 15th day of October, 2002, by the United States District Court for the District of Maryland.

The Clerk shall TRANSMIT a copy of this Order to the attorneys of record.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

